### ROBERT A. HOUSTON *vs.* BENJAMIN MELSON.

There can be no trial by referees, unless the defendant has appeared.

CERTIORARI to Justice Russell.

Demand on account, for $10 00. Summons issued and returned and service verified. The defendant did not appear; and the justice allowed a trial by referees, at the request of the plaintiff. This was the exception; and upon it, the Court reversed the judgment. (*Code,* 342.)

*Mr. Cullen,* for the plaintiff in error.